## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CR. NO. 1:CR-12-043-01 & 02 |
| | : |
| v. | : |
| | : (JUDGE CALDWELL) |
| NURA ZIDEAH and | : |
| RASHID ZIADEH, | : (Electronically Filed) |
| | : |
| Defendants. | : |

**FILED**
HARRISBURG, PA

JAN 1 3 2014

Gry L. Hollinger,
Acting Clerk

### O R D E R

AND NOW, this _13ᵗʰ_ day of _January_, 2014, upon

consideration of the Government's Motion to Direct Restitution Payment

pursuant to Title 18, United States Code, Section 3663, et seq., the

Court finds as follows:

1.     The defendants were convicted and Nura Ziadeh has been

ordered to pay restitution totaling $21,300.

2.     The United States Diplomatic Security Service seized $319

from the defendants' home at the time the search warrant was executed.

3.     The United States Diplomatic Security Service has

requested that the Government secure an order directing the release of

these funds so this money can be applied to victim restitution.

4.    The Government requests that the Court enter such an Order, pursuant to Title 18, United States Code, Section 3663, et seq., so that victims may begin to make financial recoveries in this case.

WHEREFORE, for the forgoing reasons, IT IS ORDERED that the United States Diplomatic Security Service shall surrender whatever moneys they still retain which they seized from the defendants and deliver the funds to the Clerk of Court, and IT IS FURTHER ORDERED that the Clerk apply those funds to pay victim restitution.

WILLIAM W. CALDWELL
United States District Judge